No. 76–6762. KIMMONS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 76–6765. CYPHERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 76–6770. STOKES *v.* TRACEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–6771. DIXON *v.* THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 76–6773. PERRY *v.* FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. 

No. 76–6775. AUSTIN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 76–6778. ESCOBAR-NEGRON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–6780. GRAVINA *v.* MEACHUM, WARDEN, ET AL. C. A. 1st Cir. Certiorari denied. 

No. 76–6781. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 76–6782. CURAN *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 76–6785. VINCENT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6788. BATEMAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.